# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **JESSE MANUEL SKINNER,** # 35713-019 | **PETITIONER** |
| v. | **CIVIL ACTION NO. 1:17cv335-HSO-JCG** |
| **UNITED STATES DEPARTMENT OF JUSTICE and WARDEN J. SALAZAR** | **RESPONDENTS** |

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 12th day of December, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE